UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7018 MRW | Date | November 21, 2014 |
|---|---|---|---|
| Title | Alvandi v. Barclays Bank | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: STATUS OF CIVIL ACTION

Plaintiff filed this civil action on September 9, 2014. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. The program sets important deadlines by which the parties must decide whether or not to consent to Magistrate Judge jurisdiction. A precursor to these deadlines is timely service of the summons and complaint on all parties.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve process in this action within 120 days of commencement of the action, or by January 7, 2015. However, according to the Court's review of the docket, no proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

In order to properly administer the Direct Assignment Program and advance this action in compliance with this Court's deadlines, Plaintiff is ORDERED to show cause why the action should not be dismissed for failure to prosecute or returned to the civil wheel for reassignment to a District Judge. Plaintiff may discharge this order by filing a statement regarding the status of the action (not to exceed 3 pages) plus proof of service of process by or before December 8, 2014. If no timely submission is filed, the Court will enter an appropriate order that may include sanctions against Plaintiff's attorney pursuant to Rule 11.